Calhoun v Maclin (2023 NY Slip Op 04885)

Calhoun v Maclin

2023 NY Slip Op 04885

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, OGDEN, AND NOWAK, JJ.

721 CA 23-00449

[*1]DELINA D. CALHOUN, PLAINTIFF-APPELLANT,
v
SHERONDA M. MACLIN, ET AL., DEFENDANTS, AND JUSTIN B. KIMBALL, DEFENDANT-RESPONDENT. 

WILLIAM MATTAR, P.C., ROCHESTER (AARON M. ADOFF OF COUNSEL), FOR PLAINTIFF-APPELLANT.
LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (MARTHA E. DONOVAN OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered February 9, 2023. The order and judgment granted the motion of defendant Justin B. Kendall, sued as Justin B. Kimball, for summary judgment dismissing the complaint against him. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court